James R. YOCOM, Commissioner of Labor of the Commonwealth of Kentucky and Custodian of the Special Fund, Movant,

v.

Supreme Court of Kentucky.

Nov. 21, 1978.

Gemma M. Harding, Dept. of Labor, Louisville, Kenneth E. Hollis, Gen. Counsel, Dept. of Labor, Frankfort, for movant.

R. Roland Case, Kelsey E. Friend Law Firm, Pikeville, Louis Kawaja, Dept. of Transp., Lexington, William L. Huffman, Director, Workmen's Compensation Bd., Dept. of Labor, Frankfort, for respondents.

OPINION AND ORDER

The motion of James R. Yocom, Commissioner of Labor of the Commonwealth of Kentucky and Custodian of the Special Fund for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered May 19, 1978, is now vacated, and this proceeding is remanded to the Court of

NATIONAL MINES CORPORATION, Movant,

v.

Earl Eugene MEADE, Special Fund and Workmen's Compensation Board, Respondents.

Supreme Court of Kentucky.

Nov. 21, 1978.

William G. Francis, Prestonsburg, for movant.

G. C. Perry, III, Paintsville, Gemma Harding, Louisville, William L. Huffman, Dept. of Labor, Frankfort, for respondents.

OPINION AND ORDER

The motion of National Mines Corporation for a review of the decision of the Court of Appeals is granted.

The decision of the Court of Appeals rendered June 2, 1978, is now vacated, and this proceeding is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *Transport Motor Express, Inc. v. Finn*, Ky., 574 S.W.2d 277, rendered September 19, 1978.

All concur.